UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6215

PETER BURKE, SR.,

Plaintiff - Appellant,

v.

OFFICER JAMES JUDGE; OFFICER GARY BRAY,

Defendants – Appellees,

and

CAPTAIN DAVID OWENS; DOCTOR TOLSON; NURSE GEORGIA; JUDGE BEAMON,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, Chief District Judge. (5:07-ct-03162-FL)

Submitted: November 18, 2010     Decided: November 29, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Peter Burke, Sr., Appellant Pro Se. Louis Phillip Hornthal, III, HORNTHAL, RILEY, ELLIS & MALAND, LLP, Elizabeth City, North Carolina; Craig Douglas Cannon, James R Morgan, Jr., WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina;

Walter Gregory Merritt, Jay C. Salsman, HARRIS, CREECH, WARD & BLACKERBY, New Bern, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Burke, Sr., appeals the district court's order granting summary judgment in favor of the Defendants and dismissing his U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Burke v. Owens</u>, No. 5:07-ct-03162-FL (W.D.N.C. Jan. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3